# United States Bankruptcy Court
## District of Massachusetts

In re  **Enumeral Biomedical Holdings, Inc.**                                      Case No.
                                                          Debtor(s)                Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 29, 2018**                           /s/ Kevin G. Sarney
                                                       **Kevin G. Sarney/Interim President and CEO**
                                                       Signer/Title

```
AARON SEGAL
C/O INTUITIVE VENTURE PARTNERS, LLC
122 EAST 42ND STREET, SUITE 1616
NEW YORK NY 10168

AG FAMILY LP
571 MCDONALD ROAD
ROCKWALL TX 75032

ALBERT & HIEDI GENTILE
5 MOUNTAIN VIEW AVENUE
MAYFIELD NY 12117

ALBERT PEZONE
C/O GP NURMENKARI, INC.
64 WALL STREET, SUITE 402
NORWALK CT 06850

ALEC JARET
182 RAWSON ROAD
BROOKLINE MA 02445

AMERICAN STOCK TRANSFER & TRUST COMPANY
48 WALL STREET, 22ND FLOOR
NEW YORK NY 10005

BARBARA J. GLENNS
30 WATERSIDE PLAZA, SUITE 26G
NEW YORK NY 10010

BOZARTH LLC
9028 GREAT HERON CIRCLE
ORLANDO FL 32836

BURNS MCCLELLAN
257 PARK AVENUE SOUTH, 15TH FLOOR
NEW YORK NY 10010

CASIMIR S. SKRZYPCZAK
413 INDIES DRIVE
ORCHID FL 32963

CHARLES STARK DRAPER LABORATORY, INC.
PO BOX 3484
BOSTON MA 02241

CKR LAW LLP
1330 AVENUE OF THE AMERICA'S
35TH FLOOR
NEW YORK NY 10019

CRAIG MILLET
16 RICHMOND HILL
LAGUNA NIGUEL CA 92677

DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103
```

EDWARD O'CONNELL
2 LAURA COURT
CORTLANDT MANOR NY 10567

GOULSTON & STORRS PC
400 ATLANTIC AVENUE
ATTENTION: KING STREET
BOSTON MA 02110

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

INTUITIVE VENTURE PARTNERS LLC
122 EAST 42ND STREET
SUITE 616
NEW YORK NY 10168

IRON MOUNTAIN INFORMATION MANAGEMENT LLC
1100 KENNEDY ROAD
WINDSOR CT 06095

JOHN P. FUNKEY REVOCABLE TRUST DATED 2/2
280 SW 18 COURT
POMPANO BEACH FL 33060

KATALYST SECURITIES LLC
630 THIRD AVENUE, 5TH FLOOR
NEW YORK NY 10017

KEVIN G. SARNEY
C/O ENUMERAL BIOMEDICAL HOLDINGS, INC.
1337 MASSACHUSETTS AVENUE, #243
ARLINGTON MA 02476

KIMBERLY J. BECHTLE
C/O INTUITIVE VENTURE PARTNERS, LLC
122 EAST 42ND STREET, SUITE 1616
NEW YORK NY 10168

KING 200 CPD, LLC
C/O LINCOLN PROPERTY COMPANY
200 CAMBRIDGE PARK DRIVE
CAMBRIDGE MA 02140

LINA KAY
9705 COLLINS AVENUE
APT. 1004 N
BAL HARBOR FL 33154

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 9564
BOSTON MA 02114-9564

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
77 MASSACHUSETTS AVENUE
CAMBRIDGE MA 02139-4307

MATTHEW A. EBERT
C/O ENUMERAL BIOMEDICAL HOLDINGS, INC.
1337 MASSACHUSETTS AVENUE, #243
ARLINGTON MA 02476

```
MICHAEL J. PIERCE
650 OCEAN ROAD
JOHN'S ISLAND
VERO BEACH FL 32963

MICHAEL WEISS
9TH EAST 96TH STREET
APARTMENT 8A
NEW YORK NY 10128

MOLECULAR DEVICES LLC
2680 COLLECTION CENTER DRIVE
CHICAGO IL 60693

PIERIS PHARMACEUTICALS GMBH
LISE-MEITNER-STRASSE 30
85354 FREISING, GERMANY

PIERIS PHARMACEUTICALS, INC
255 STATE STREET, 9TH FLOOR
BOSTON MA 02109

RICHARD D. COHEN
21870 CARTAGENA DRIVE
BOCA RATON FL 33428

RICHARD GOSTANIAN
12 OLDE WOOD ROAD
SALEM NH 03079

ROBERT G. CURTIN
16 MANNING STREET
NEEDHAM MA 02494

SCOTT CARDONE
C/O INTUITIVE VENTURE PARTNERS, LLC
122 EAST 42ND STREET, SUITE 1616
NEW YORK NY 10168

SCOTT RAPFOGEL, ESQ.
CKR LAW
1330 AVENUE OF THE AMERICAS, 14TH FLOOR
NEW YORK NY 10019

SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24TH FLOOR
BOSTON MA 02110-1424

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SQUARE 1 BANK
PO BOX 31021
TAMPA FL 33631-3021

STEPHEN A. DICHIARA
371 LEXINGTON STREET
WOBURN MA 01801
```

```
TECAN US
PO BOX 602740
CHARLOTTE NC 28260-2740

THE UNIVERSITY OF TEXAS
M.D. ANDERSON CANCER CENTER
1515 HOLCOMBE BLVD.
HOUSTON TX 77030

TIM HERRMANN
C/O INTUITIVE VENTURE PARTNERS, LLC
122 EAST 42ND STREET, SUITE 402
NEW YORK NY 10168

TOM LABEAUX
MORGAN, COHEN & BACH, LLC
225 N. MONA LISA RD., SUITE 200
TUCSON AZ 85741

YISROEL & CHANA BRAUNER
614 AVENUE J
BROOKLYN NY 11230
```