**Fill in this information to identify the case:**

Debtor name  **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2018**          X *Kevin J. Sarney*
                                                          Signature of individual signing on behalf of debtor

                                             **Kevin G. Sarney**
                                             Printed name

                                             **Interim President and CEO**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aaron Segal c/o Intuitive Venture Partners, LLC 122 East 42nd Street, Suite 1616 New York, NY 10168 | | Liquidated Damages under Registration Rights Agreement | Contingent Unliquidated Disputed | | | $792.97 |
| Albert Pezone c/o GP Nurmenkari, Inc. 64 Wall Street, Suite 402 Norwalk, CT 06850 | | Liquidated Damages under Registration Rights Agreement | Contingent Unliquidated Disputed | | | $101.41 |
| Barbara J. Glenns 30 Waterside Plaza, Suite 26G New York, NY 10010 | | Legal Services | | | | $8,820.00 |
| Charles Stark Draper Laboratory, Inc. PO Box 3484 Boston, MA 02241 | | Vendor/Supplier | Contingent Unliquidated Disputed | | | $126,000.00 |
| CKR Law LLP 1330 Avenue of the America's 35th Floor New York, NY 10019 | | Note holder legal fees | Contingent Unliquidated Disputed | | | $17,937.60 |
| Duane Morris LLP 30 South 17th Street Philadelphia, PA 19103 | | Legal Services | | | | $256,339.15 |
| Intuitive Venture Partners LLC 122 East 42nd Street Suite 616 New York, NY 10168 | | Collateral Agent for Noteholders | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |

| Debtor | **Enumeral Biomedical Holdings, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Katalyst Securities LLC** **630 Third Avenue, 5th Floor** **New York, NY 10017** | | **Liquidated Damages under Registration Rights Agreement** | **Contingent Unliquidated Disputed** | | | $117.21 |
| **Kimberly J. Bechtle** **c/o Intuitive Venture Partners, LLC** **122 East 42nd Street, Suite 1616** **New York, NY 10168** | | **Liquidated Damages under Registration Rights Agreement** | **Contingent Unliquidated Disputed** | | | $28.34 |
| **King 200 CPD, LLC** **c/o Lincoln Property Company** **200 Cambridge Park Drive** **Cambridge, MA 02140** | | **Former Landlord** | **Contingent Unliquidated Disputed** | | | Unknown |
| **Massachusetts Institute of Technology** **77 Massachusetts Avenue** **Cambridge, MA 02139-4307** | | **License Fee** | **Contingent Unliquidated Disputed** | | | $10,000.00 |
| **Michael Weiss** **9th East 96th Street** **Apartment 8A** **New York, NY 10128** | | **Consulting Fees** | | | | $2,500.00 |
| **Molecular Devices LLC** **2680 Collection Center Drive** **Chicago, IL 60693** | | **Vendor/Supplier** | **Contingent Unliquidated Disputed** | | | $56,781.07 |
| **Scott Cardone** **c/o Intuitive Venture Partners, LLC** **122 East 42nd Street, Suite 1616** **New York, NY 10168** | | **Liquidated Damages under Registration Rights Agreement** | **Contingent Unliquidated Disputed** | | | $389.59 |
| **Tecan US** **PO Box 602740** **Charlotte, NC 28260-2740** | | **Vendor/Supplier** | **Contingent Unliquidated Disputed** | | | $15,415.89 |
| **Tim Herrmann** **c/o Intuitive Venture Partners, LLC** **122 East 42nd Street, Suite 402** **New York, NY 10168** | | **Liquidated Damages under Registration Rights Agreement** | **Contingent Unliquidated Disputed** | | | $136.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................   $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   $     **1,605,327.14**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $     **1,605,327.14**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     **1,691,776.42**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $     **84,025.55**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................   +$     **770,359.59**

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b         $     **2,546,161.56**

**Fill in this information to identify the case:**

Debtor name **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Square 1 Bank** | **Money Market** | 6075 | $324.66 |
| 3.2. | **Square 1 Bank** | **Money Market** | 6371 | $5,002.48 |

**4. Other cash equivalents** *(Identify all)*    None

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $5,327.14

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Enumeral Biomedical Holdings, Inc.**                 Case number (If known) _____
          Name

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | **None** |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| | | | | |
|---|---|---|---|---|
| 15.1. | **Enumeral Biomedical Corp.** | 100 | % | **Unknown** |
| 15.2. | **Enumeral Securities Corporation** | 100 | % | **Unknown** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | **None** |
|---|---|---|

| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | **$0.00** |
|---|---|---|

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

Debtor    **Enumeral Biomedical Holdings, Inc.**
　　　　　Name
Case number *(if known)* _____

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>Patents and trademarks listed on attached<br>addendum | Unknown | | $1,600,000.00 |
| 61. | Internet domain names and websites<br>www.enumeral.com | Unknown | | Unknown |
| 62. | Licenses, franchises, and royalties<br>Definitive License and Transfer Agreement<br>with Pieris Pharmaceuticals, Inc. and Pieris<br>Pharmaceuticals GmbH dated June 6, 2016,<br>and Amendment No. 1 to Definitive License<br>and Transfer Agreement dated January 3, 2017 | Unknown | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | Unknown |
| 64. | Other intangibles, or intellectual property<br>Assorted frozen anti-PD1 antibody samples<br>listed on attached addendum currently stored<br>at TGA Biosciences in Medford, MA | Unknown | | Unknown |
| | Various lab notes and other records<br>concerning debtor's research and<br>development | Unknown | | Unknown |
| 65. | Goodwill | | | Unknown |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $1,600,000.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Enumeral Biomedical Holdings, Inc.**
         _____     Case number *(If known)* _____
         Name

☑ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | **None** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Federal and state net operating loss carryforwards of $17,560,932 and $14,767,832, respectively, as of December 31, 2016.** | Tax year  **2016** | **Unknown** |
| | **Federal and state research and development tax credit carryforwards of $584,846 and $428,982, respectively, as of December 31, 2016.** | Tax year  **2016** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | | **None** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | **None** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | **None** |
| 76. | **Trusts, equitable or future interests in property** | | **None** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | **None** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Enumeral Biomedical Holdings, Inc.**       Case number *(If known)* _____
        Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,327.14** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1,600,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.*   + | **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,605,327.14**   + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,605,327.14** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# Addendum to Schedule A/B Question #60

## Patent Applications

| Subject | Jurisdiction | Application Number | Filing Date | Status |
|---|---|---|---|---|
| PD-1 Antibodies | US | 62/095,675 | 22 Dec 2014 | Expired |
| PD-1 Antibodies | US | 62/220,199 | 17 Sept 2015 | Expired |
| PD-1 Antibodies | US | 62/251,082 | 4 Nov 2015 | Expired |
| PD-1 Antibodies | US | 62/261,118 | 4 Nov 2015 | Expired |
| PICTURE (cellular response profiling) | US | 62/095,704 | 22 Dec 2014 | Expired |
| TIM-3 Antibodies | US | 62/306,401 | 10 Mar 2016 | Expired |
| PD-1 Antibodies | US | 14/975,769 | 19 Dec 2015 | Published |
| PD-1 Antibodies | US | 15/152,192 | 11 May 2016 | Published |
| PD-1 Antibodies | PCT | PCT/US2015/066954 | 19 Dec 2015 | Completed |
| PD-1 Antibodies | EPO | 15821000.5 | 19 Dec 2015 | Published |
| PD-1 Antibodies | Canada | 2,971,734 | 19 Dec 2015 | Pending |
| PICTURE (cellular response profiling) | PCT | PCT/US2015/066955 | 19 Dec 2015 | Completed |
| PICTURE (cellular response profiling) | US | 15/538,612 | 19 Dec 2015 | Pending |
| Microarray handling devices | US | 15/061,718 | 4 Mar 2016 | Published |
| Microarray handling devices | PCT | PCT/US2017/020441 | 2 Mar 2017 | Published |

**Trademarks**

| Mark | Jurisdiction | Application Number | Filing Date | Status | Registration Number | Registration Date |
|---|---|---|---|---|---|---|
| ENUMERAL | US | 86613661 | 29 Apr 2015 | Registered | 4,866,434 | 8 Dec 2015 |
| THE HUMAN APPROACH | US | 86613591 | 29 Apr 2015 | Registered | 4,866,427 | 8 Dec 2015 |
| THE POWER OF HUMAN | US | 86613629 | 29 Apr 2015 | Registered | 4,866,429 | 8 Dec 2015 |
| PICTURE | US | 86613651 | 29 Apr 2015 | Registered | 4,884,761 | 12 Jan 2016 |

## <u>Addendum to Schedule A/B Question #64</u>

**Antibody Inventory for -20$^0$C Storage at TGA Biosciences in Medford, MA**

- 2 Boxes anti-PD-1 Antibody C8 Lot 7205-839085
- 1 Box anti-PD-1 Antibody C8

  Lot 8360-838779

  Lot 8358-838777

  Lot 8356-838777

- 1 Box Large bottles anti-PD-1 Antibody C8

  Lot 7205-839093

- Anti-PD-1 antibody D4

  Lot 5354-839791

**Fill in this information to identify the case:**

Debtor name **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 AG Family LP**
Creditor's Name

**571 McDonald Road**
**Rockwall, TX 75032**
Creditor's mailing address

**tasatterfield@msn.com**
Creditor's email address, if known

Date debt was incurred
**5/19/17**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Certain Intellectual Property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$506,519.88** | **$1,600,000.00**

**2.2 Albert & Hiedi Gentile**
Creditor's Name

**5 Mountain View Avenue**
**Mayfield, NY 12117**
Creditor's mailing address

**genfam@aol.com**
Creditor's email address, if known

Date debt was incurred
**5/19/17**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Certain Intellectual Property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$25,325.99** | **$1,600,000.00**

Debtor   **Enumeral Biomedical Holdings, Inc.**_____   Case number (if know) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Alec Jaret** | Describe debtor's property that is subject to a lien | $63,314.99 | $1,600,000.00 |

Creditor's Name

**182 Rawson Road
Brookline, MA 02445**

Creditor's mailing address

**drjaret@gmail.com**

Creditor's email address, if known

Date debt was incurred
**5/19/17**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Certain Intellectual Property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.4 | **Bozarth LLC** | Describe debtor's property that is subject to a lien | $126,629.97 | $1,600,000.00 |

Creditor's Name

**9028 Great Heron Circle
Orlando, FL 32836**

Creditor's mailing address

**roger@theinsuranceadvant
age.com**

Creditor's email address, if known

Date debt was incurred
**5/19/17**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Certain Intellectual Property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.5 | **Casimir S. Skrzypczak** | Describe debtor's property that is subject to a lien | $50,651.99 | $1,600,000.00 |

Creditor's Name

**413 Indies Drive
Orchid, FL 32963**

Creditor's mailing address

**casimirs@msn.com**

Creditor's email address, if known

**Certain Intellectual Property**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 8

Debtor  **Enumeral Biomedical Holdings, Inc.**                              Case number (if know)
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **5/19/17** | ■ No |
| Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **Craig Millet** | **Describe debtor's property that is subject to a lien** | $126,629.97 | $1,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Certain Intellectual Property** | | |

**16 Richmond Hill
Laguna Niguel, CA 92677**
Creditor's mailing address

**Describe the lien
Non-Purchase Money Security**
**Is the creditor an insider or related party?**

**cmillet@gibsondunn.com**              ■ No
Creditor's email address, if known          ☐ Yes
                              **Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
**5/19/17**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Edward O'Connell** | **Describe debtor's property that is subject to a lien** | $50,651.99 | $1,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Certain Intellectual Property** | | |

**2 Laura Court
Cortlandt Manor, NY 10567**
Creditor's mailing address

**Describe the lien
Non-Purchase Money Security**
**Is the creditor an insider or related party?**

**mickeyoconnell@verizon.n**              ■ No
**et**                          ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

                              ■ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**5/19/17**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Intuitive Venture Partners LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor **Enumeral Biomedical Holdings, Inc.**          Case number (if known) _____
Name

---

Creditor's Name

**122 East 42nd Street
Suite 616
New York, NY 10168**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Collateral Agent for Noteholders**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **John P. Funkey Revocable Trust dated 2/2** | | | |
|---|---|---|---|---|

Creditor's Name

**280 SW 18 Court
Pompano Beach, FL 33060**
Creditor's mailing address

**johnwagner@prosurancegr
oup.com**
Creditor's email address, if known

**Date debt was incurred**
**5/19/17**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Certain Intellectual Property**

_____

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$63,314.99          $1,600,000.00

---

| 2.10 | **Lina Kay** | | | |
|---|---|---|---|---|

Creditor's Name

**9705 Collins Avenue
Apt. 1004 N
Bal Harbor, FL 33154**
Creditor's mailing address

**linajaguar@yahoo.com**
Creditor's email address, if known

**Date debt was incurred**
**5/19/17**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Certain Intellectual Property**

_____

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$126,629.97          $1,600,000.00

---

Debtor    **Enumeral Biomedical Holdings, Inc.**                                    Case number (if know)
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Michael J. Pierce** | Describe debtor's property that is subject to a lien | $189,944.96 | $1,600,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Certain Intellectual Property** |
| **650 Ocean Road** | |
| **John's Island** | |
| **Vero Beach, FL 32963** | |
| Creditor's mailing address | Describe the lien |
| | **Non-Purchase Money Security** |
| **michaeljp9@aol.com** | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **5/19/17** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | **Richard D. Cohen** | Describe debtor's property that is subject to a lien | $63,314.99 | $1,600,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Certain Intellectual Property** |
| **21870 Cartagena Drive** | |
| **Boca Raton, FL 33428** | |
| Creditor's mailing address | Describe the lien |
| | **Non-Purchase Money Security** |
| **rdcohen@comcast.net** | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **5/19/17** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Richard Gostanian** | Describe debtor's property that is subject to a lien | $126,629.97 | $1,600,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Certain Intellectual Property** |
| **12 Olde Wood Road** | |
| **Salem, NH 03079** | |
| Creditor's mailing address | Describe the lien |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Enumeral Biomedical Holdings, Inc.**                Case number (if known) _____
Name

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

rg125@comcast.net

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/19/17**

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Robert G. Curtin** | Describe debtor's property that is subject to a lien | $20,260.80 | $1,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Certain Intellectual Property**

**16 Manning Street**
**Needham, MA 02494**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

bcurtin@ut.net

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/19/17**

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 5 | **Square 1 Bank** | Describe debtor's property that is subject to a lien | $0.00 | $5,002.48 |
|---|---|---|---|---|

Creditor's Name

**Square 1 Bank - Money Market - Acct# 6371**

**PO Box 31021**
**Tampa, FL 33631-3021**

Creditor's mailing address

**Describe the lien**

**Cash Secured Revolving Credit  Card Account**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

Last 4 digits of account number

**2996**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Enumeral Biomedical Holdings, Inc.**                          Case number (if know) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Stephen A. DiChiara** | Describe debtor's property that is subject to a lien | $25,325.99 | $1,600,000.00 |
|---|---|---|---|---|

| | Creditor's Name | **Certain Intellectual Property** | | |

**371 Lexington Street**
**Woburn, MA 01801**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

- ■ No
- ☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/19/17**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.1 7 | **Yisroel & Chana Brauner** | Describe debtor's property that is subject to a lien | $126,629.97 | $1,600,000.00 |
|---|---|---|---|---|

| | Creditor's Name | **Certain Intellectual Property** | | |

**614 Avenue J**
**Brooklyn, NY 11230**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

- ■ No
- ☐ Yes

**ybrauner1@gmail.com**
Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/19/17**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,691,776.42**

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   **Enumeral Biomedical Holdings, Inc.**                                      Case number (if know)
         Name

**Name  and address**                                                     **On which line in Part 1 did      Last 4 digits of
                                                                          you enter the related creditor?    account number for
                                                                                                             this entity**

**Scott Rapfogel, Esq.**
**CKR Law**                                                               Line  **2.8**
**1330 Avenue of the Americas, 14th Floor**
**New York, NY 10019**

**Fill in this information to identify the case:**

Debtor name    **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,907.53** | **$12,850.00** |
|---|---|---|---|---|

**Kevin G. Sarney
Enumeral Biomedical Holdings,
Inc.
1337 Massachusetts Avenue, #243
Arlington, MA 02476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Salary--1/1/18 to Petition Date**

Basis for the claim:
**Accrued but unpaid salary and vacation**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43,118.02** | **$12,850.00** |
|---|---|---|---|---|

**Matthew A. Ebert
Enumeral Biomedical Holdings
1337 Massachusetts Avenue, #243
Arlington, MA 02476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Salary--1/1/18 to Petition Date**

Basis for the claim:
**Accrued but unpaid salary and vacation**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Enumeral Biomedical Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$792.97**

**Aaron Segal**
c/o Intuitive Venture Partners, LLC
122 East 42nd Street, Suite 1616
New York, NY 10168

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liquidated Damages under Registration Rights Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.41**

**Albert Pezone**
c/o GP Nurmenkari, Inc.
64 Wall Street, Suite 402
Norwalk, CT 06850

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liquidated Damages under Registration Rights Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,820.00**

**Barbara J. Glenns**
30 Waterside Plaza, Suite 26G
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126,000.00**

**Charles Stark Draper Laboratory, Inc.**
PO Box 3484
Boston, MA 02241

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,937.60**

**CKR Law LLP**
1330 Avenue of the America's
35th Floor
New York, NY 10019

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Note holder legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$256,339.15**

**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.21**

**Katalyst Securities LLC**
630 Third Avenue, 5th Floor
New York, NY 10017

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liquidated Damages under Registration Rights Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Enumeral Biomedical Holdings, Inc.**                    Case number (if known) _____
          Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,000.00 |

**Kevin G. Sarney**
**c/o Enumeral Biomedical Holdings**
**1337 Massachusetts Avenue, #243**
**Arlington, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Severance owed pursuant to prepetition employment agreement.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.34 |

**Kimberly J. Bechtle**
**c/o Intuitive Venture Partners, LLC**
**122 East 42nd Street, Suite 1616**
**New York, NY 10168**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Liquidated Damages under Registration Rights Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**King 200 CPD, LLC**
**c/o Lincoln Property Company**
**200 Cambridge Park Drive**
**Cambridge, MA 02140**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Former Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Massachusetts Institute of Technology**
**77 Massachusetts Avenue**
**Cambridge, MA 02139-4307**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  License Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |

**Matthew A. Ebert**
**c/o Enumeral Biomedical Holdings**
**1337 Massachusetts Avenue, #243**
**Arlington, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Severance owed pursuant to prepetition employment agreement.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**Michael Weiss**
**9th East 96th Street**
**Apartment 8A**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Consulting Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,781.07 |

**Molecular Devices LLC**
**2680 Collection Center Drive**
**Chicago, IL 60693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor/Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Enumeral Biomedical Holdings, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$389.59** |
|---|---|---|---|

Scott Cardone
c/o Intuitive Venture Partners, LLC
122 East 42nd Street, Suite 1616
New York, NY 10168

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liquidated Damages under Registration Rights Agreement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,415.89** |
|---|---|---|---|

Tecan US
PO Box 602740
Charlotte, NC 28260-2740

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.36** |
|---|---|---|---|

Tim Herrmann
c/o Intuitive Venture Partners, LLC
122 East 42nd Street, Suite 402
New York, NY 10168

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liquidated Damages under Registration Rights Agreement**

Is the claim subject to offset? ☐ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Goulston & Storrs PC
400 Atlantic Avenue
Attention: King Street
Boston, MA 02110 | Line **3.10**
☐ Not listed. Explain ____ | _ |
| 4.2 | Tom LaBeaux
Morgan, Cohen & Bach, LLC
225 N. Mona Lisa Rd., Suite 200
Tucson, AZ 85741 | Line **3.14**
☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 84,025.55 |
| 5b. Total claims from Part 2 | 5b. + | $ | 770,359.59 |
| 5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c. | 5c. | $ | 854,385.14 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Enumeral Biomedical Holdings, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Transfer Agency and Registrar Services Agreement dated September 30, 2015.** |
| | State the term remaining | |
| | List the contract number of any government contract | **American Stock Transfer & Trust Company 48 Wall Street, 22nd Floor New York, NY 10005** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement concerning investor and public relations service dated March 26, 2015, as subsequently amended by the parties.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Burns McClellan 257 Park Avenue South, 15th Floor New York, NY 10010** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **File storage agreement dated July 17, 2017.** |
| | State the term remaining | **Six months** |
| | List the contract number of any government contract | **Iron Mountain Information Management LLC 1100 Kennedy Road Windsor, CT 06095** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated March 24, 2016** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kevin G. Sarney c/o Enumeral Biomedical Holdings, Inc. 1337 Massachusetts Avenue, #243 Arlington, MA 02476** |

Debtor 1  **Enumeral Biomedical Holdings, Inc.**                              Case number (*if known*) _____

    First Name          Middle Name         Last Name

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated December 24, 2014** | |
| | State the term remaining | | **Matthew A. Ebert** |
| | List the contract number of any government contract | | **c/o Enumeral Biomedical Holdings, Inc. 1337 Massachusetts Avenue, #243 Arlington, MA 02476** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Definitive License and Transfer Agreement dated June 6, 2016, and Amendment No. 1 to Definitive License and Transfer Agreement dated January 3, 2017** | |
| | State the term remaining | | **Pieris Pharmaceuticals GmbH Lise-Meitner-Strasse 30 85354 Freising, Germany** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Definitive License and Transfer Agreement dated June 6, 2016, and Amendment No. 1 to Definitive License and Transfer Agreement dated January 3, 2017** | |
| | State the term remaining | | **Pieris Pharmaceuticals, Inc 255 State Street, 9th Floor Boston, MA 02109** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Collaborative Research and Development Agreement dated January 11, 2016.** | |
| | State the term remaining | | **The University of Texas M.D. Anderson Cancer Center 1515 Holcombe Blvd. Houston, TX 77030** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Enumeral Biomedical Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**    Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |