UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ENUMERAL BIOMEDICAL<br>HOLDINGS, INC., *et. al.*<br><br>Debtors.[1] | CHAPTER 11<br>CASE NO. 18-10280 |

**DECLARATION OF DANIEL C. COHN IN SUPPORT OF**
**DEBTORS' APPLICATION TO EMPLOY MURTHA CULLINA LLP AS COUNSEL**

Pursuant to Fed. R. Bankr. P. 2014(a), MLBR 2014-1 and 11 U.S.C. § 327, I, Daniel C. Cohn, hereby declare as follows:

1. I am an attorney duly admitted to practice before the courts of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Courts of Appeal for the First and Third Circuits, and the Supreme Court of the United States.

2. I am a partner in the law firm of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts ("the Firm").

3. I hereby represent that to the best of my knowledge, information and belief, neither I nor any member of the Firm holds or represents any interest adverse to the Debtors' estates.

4. To the best of my knowledge, information and belief, neither the Firm nor any member of the Firm has any connection with any Bankruptcy Judge in the District of Massachusetts, the Debtors, any creditor or other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee that would render the employment of the undersigned and the Firm improper.

5. Due to the size and diversity of the Firm's practice, the Firm may have represented or otherwise dealt with, and may now be representing or otherwise dealing with, various persons (and their attorneys and accountants) who are or may become creditors, other parties in interest or professionals in this case. To the best of my knowledge, information and belief, any such representation or involvement does not relate in any

---

[1] The debtors in these related chapter 11 cases, along with the last four digits of each debtors' federal tax identification number, are: Enumeral Biomedical Holdings, Inc. (6434), Enumeral Biomedical Corp. (9860), and Enumeral Securities Corporation (7157).

8906472v2

way to the Debtors, their estates or this pending case. To the best of my knowledge, after due inquiry, the Firm:

    (a)    is not a creditor of the Debtors, or an equity security holder of the Debtors or an "insider" of the Debtors, as the term is defined at 11 U.S.C. § 101(31);

    (b)    is not and has not been, within two years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

    (c)    does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders thereof, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

6. I hereby represent that to the best of my knowledge, information and belief, I and each member of the Firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

7. I hereby represent that I have not agreed to share with any person, except members of the Firm, the compensation to be paid for the services rendered in this case.

8. Prior to commencement of these cases, the Debtors provided the Firm with a retainer of $66,651.18 (the "Retainer"), the source of which was, upon information and belief, were the Debtors' own funds. The Firm is holding the Retainer as security for services to be rendered in connection with its representation of the Debtors in these cases. The Retainer will be applied to the Firm's final fee application, with any unused balance returned to the Debtors, or otherwise disposed of pursuant to the terms of an order of this Court or a confirmed plan. The Firm has received no other payments to represent the Company in these cases. The Firm will hold the Retainer in its client funds account as security during these cases. The Firm was not a creditor of the Company as of the Petition Date.

9. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

10. I have reviewed the provisions of MLBR 2016-1.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.

DATED THIS 29th DAY OF JANUARY, 2018.

                      */s/ Daniel C. Cohn*
                      Daniel C. Cohn

8906472v2